## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID M. PALMER, )
)
Plaintiff, )
)
v. )    Case No. CIV-25-1320-D
)
CASEY HAMILTON, *et al.*, )
)
Defendants. )

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of the United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 10] in its entirety.

For the reasons stated therein, Plaintiff's Motion to proceed *in forma pauperis* [Doc. No. 3] is **DENIED**. If Plaintiff's full filing fee is not received by the Clerk of Court within **14 days** of this Order, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 19th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1